**Fill in this information to identify the case:**

Debtor 1     Joseph G Rudeski

Debtor 2     Ellen C Rudeski

(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number 17-23198-CMB

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES IV TRUST

**Court claim no.** (if known): 48

**Last 4 digits** of any number you use to identify the debtor's account:     4094

**Property address:** 408 Rustic Rd
North Versailles, PA 15137

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $_____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: October 15, 2022

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a)    $_____

b. Total fees, charges, expenses, escrow, and costs outstanding:     +    (b)    $_____

c. **Total.** Add lines a and b.     (c)    $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ____/____/_____

| Debtor 1 | Joseph G Rudeski | | | Case Number (if known) | 17-23198-CMB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid infull or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

☐  I am the creditor.

☑  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗  /s/ Michelle Ghidotti as "Authorized Representative of Creditor"  	Date  10/24/2022

Signature

Print:  Michelle Ghidotti as "Authorized Representative of Creditor"  	Title  Bankruptcy Attorney

Company  Ghidotti | Berger LLP

Address  1920 Old Tustin Avenue

Number        Street

Santa Ana, CA 92705

City        State        Zip Code

Contact phone  (949) 427-2010  	Email  bknotifications@ghidottiberger.com

## CERTIFICATE OF SERVICE

On 10/24/2022, I served the foregoing document described as Response to Notice of Final Cure Payment on the following individuals. By electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR:
Lawrence W. Willis
ecf@westernpabankruptcy.com


CHPATER 13 TRUSTEE:
Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


US TRUSTEE:
Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov


By depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:


DEBTOR:
Joseph G Rudeski & Ellen C Rudeski
408 Rustic Rd
North Versailles, PA 15137


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michelle Ghidotti
Michelle Ghidotti